## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rundel Fletcher,  Civil No. 16-cv-2912 (DSD/TNL)

        Plaintiff,

v.

Officer James Parker, *et al.*,

        Defendants.  **ORDER**

---

Rundel Fletcher, 1599 County Road D, Unit I, Maplewood, MN 55109 (*pro se* Plaintiff);

Joseph E. Flynn, Jardine Logan & O'Brien PLLP, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55042 (for Defendants).

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 14, 2017 (ECF No. 31), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Complaint, (ECF No. 1), is **DISMISSED WITHOUT PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 1, 2017                                   s/ David S. Doty
                                                                                    David S. Doty, Judge
                                                                                    United States District Court